1  **BARNES & THORNBURG LLP**
   David P. Schack (SBN 106288)
2  david.schack@btlaw.com
   Matthew B. O'Hanlon (SBN 253648)
3  matthew.o'hanlon@btlaw.com
   2029 Century Park East, Suite 300
4  Los Angeles, CA 90067-3012
   Telephone:  310-284-3880
5  Facsimile:   310-284-3894

6  Attorneys for Plaintiff Skechers USA, Inc.

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

| 11 | SKECHERS USA, INC., a corporation; | Case No. 2:21-cv-09866-MCS-JEM |
|----|---|---|
| 12 | Plaintiff, | **DISCOVERY MATTER** |
| 13 | v. | **ORDER ON STIPULATION FOR PROTECTIVE ORDER** |
| 14 | HDI GLOBAL INSURANCE COMPANY, a corporation; and DOES 1 through 50, inclusive, | |
| 15 | | |
| 16 | Defendants. | |

17
18
19
20
21
22
23
24
25
26
27
28

Barnes &
Thornburg LLP
Attorneys At Law
Los Angeles

**ORDER ON STIPULATION FOR PROTECTIVE ORDER**

# ORDER

This Court, having read and considered the parties' Stipulation for Protective Order (Dkt. No. 25), and finding good cause therefor, hereby enters the parties' Stipulation for Protective Order (Dkt. No. 25) as an order of the Court.

**IT IS SO ORDERED.**

Dated: May 19, 2022

_____
The Honorable John E. McDermott
United States Magistrate Judge